IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:19CR3062** |
| vs. | **ORDER** |
| JUAN CARLOS GUZMAN, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant shall comply with all terms and conditions of release which were imposed on July 31, 2019 including as follows:

    The defendant shall be released to reside at NOVA, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the NOVA facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

2) The defendant shall be released from the Saline County Jail at 7:30 a.m. on October 17, 2019 to his mother, Reina Guzman, for **direct** transport to NOVA. The defendant shall arrive at NOVA by 10:00 a.m. on October 17, 2019.

October 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge