IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3062 |
| vs. | ORDER |
| JUAN CARLOS GUZMAN, | |
| Defendant. | |

This matter is before the Court on a petition for action on conditions of pretrial release (filing 70). The defendant was sentenced to a term of imprisonment on September 9, 2020, and was granted the opportunity to self-surrender to the Bureau of Prisons on November 12. The defendant remained subject to the terms of his pretrial release pending self-surrender.

The petition alleges that the defendant violated the terms of pretrial release by failing to report for a drug test and using marijuana, cocaine and methamphetamines. Filing 70 at 1. The Court has been advised that the defendant does not contest the petition's allegations and waives a hearing on them. Accordingly, pursuant to 18 U.S.C. §§ 3142 & 3143,

IT IS ORDERED:

1. The petition for action on conditions of pretrial release (filing 70) is granted.

2. The defendant's release pending self-surrender is revoked.

3. The United States Marshal shall transfer the defendant to the Bureau of Prisons for service of sentence.

4. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 9th day of October, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge